In the Matter of Acquiring Title by the COUNTY OF NASSAU, Respondent, to an Easement in Perpetuity for Highway Purposes in and over Certain Portions of McNeil Avenue, etc., a County Road in the Town of Hempstead, County of Nassau and State of New York, Duly Selected by the Board of Supervisors of the County of Nassau for Use of Said County as a Highway According to Law. FRANCES LORD SEYMOUR, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Proceeding, under the GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by ERIE RAILROAD COMPANY (Pine Island Branch) and Three Highway Grade Crossings, etc., in the Village of Goshen and Town of Goshen, Orange County. The Proceeding, under the GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossing at Grade of Mathews Street and the Railroad Operated by ERIE RAILROAD COMPANY (Pine Island Branch) in the Village of Goshen, Orange County (Consolidated). ERIE RAILROAD COMPANY, Appellant;. STATE DEPARTMENT OF PUBLIC WORKS and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of CITY BANK FARMERS TRUST COMPANY to Render and Settle Its Account as Executor, etc., of THOMAS A. DUFFEY, Deceased. FLORENCE J. DUFFEY and LILLIAN R. DUFFEY, Appellants; FLORENCE A. DUFFEY and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

NICKOLAUS RODLER, Also Known as NICHOLAS RODLER, Appellant, v. SOPHIE F. RODLER, Respondent, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

SCHULZ & SETLEIS, INC., Respondent, v. JAMES J. DOWNEY and WILLIAM F. MURTHA, Copartners, Doing Business as DOWNEY & MURTHA, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WHEEL REALTY CORPORATION, Appellant, v. LE RUSS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

BERTHA ALBUS and EDWARD J. ALBUS, Respondents, v. ELIZABETH R. WALTER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

CLARA AXENROTH, as Administratrix, etc., of EDWARD AXENROTH, Deceased, Respondent, v. JOHN SINDBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.